The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NATIONAL FOOTBALL SCOUTING, INC., a Delaware corporation;<br><br>Plaintiff,<br><br>v.<br><br>ROB RANG, an individual and THE SPORTS XCHANGE, a California corporation,<br><br>Defendant. | No. 3:11-cv-05762-RBL<br><br>[~~PROPOSED~~] ORDER ENTERING STIPULATED MOTION TO CONTINUE THE DEADLINE TO DISCLOSE EXPERT TESTIMONY UNDER FRCP 26(a)(2) |

Before the Court is the parties' Stipulated Motion to Continue the Deadline to Disclose Expert Testimony Under FRCP 26(a)(2), which came for hearing on August 13, 2012. The parties agree that good cause exist to continue this deadline to allow the parties time to file expert disclosures, and the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED.**

DATED this 16th day of August, 2012.

_____
The Honorable Robert B. Leighton
United States District Judge

[PROPOSED] ORDER ENTERING
STIPULATED MOTION TO CONTINUE DEADLINE
TO DISCLOSE EXPERT TESTIMONY UNDER FRCP 26(a)(2)
(3:11-cv-05762-RBL) -- 1
{142522.DOC }

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933