The Honorable Ronald B. Leighton

11-CV-05762-ORD

FILED ___ LODGED
___ RECEIVED

|JAN 14 2013

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| NATIONAL FOOTBALL SCOUTING, INC., | ) | Case No. 3:11-cv-05762 |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | **PLAINTIFF'S MOTION TO SEAL** |
| v. | ) | **EXHIBITS A AND E TO THE** |
| | ) | **DECLARATION OF JEFFREY** |
| ROB RANG, et al., | ) | **FOSTER AND REPLY OF** |
| | ) | **DEFENDANTS ROB RANG AND** |
| Defendants. | ) | **THE SPORTS XCHANGE, INC.** |
| | ) | |

Before the Court is Plaintiff's Motion to Seal Exhibits A and E to the Declaration of Jeffrey

Forster and the Reply of Defendants Rob Rang and The Sports XChange, Inc., in which Plaintiff

ask the Court to seal certain documents containing confidential and allegedly trade secret-protected

information pursuant to this Court's protective order. [Doc. 20-2]. The Court finds good cause to

**GRANT** said motion. The Clerk is directed to **SEAL** the proposed documents as said documents

are to be filed **UNDER SEAL**.

**IT IS SO ORDERED**.

DATED this __14th__ day of January, 2013.

Ru(J B Cei.h.

HON. RONALD B. LEIGHTON UNITED
STATES DISTRICT JUDGE

Order Granting Plaintiff's Motion to Seal Exhibits A and E
to the Declaration of Jeffrey Foster and Reply of Defendants
Rob Rang and The Sports Exchange, Inc.         1
Case No. 3:11-cv-05762

Guilfoil Petzall & Shoemake, L.L.C.
100 South Fourth Street, Suite 500
Saint Louis, Missouri 63102
(314) 241-6890

1

2

*Presented by:*

3    By: ___/s/ E. Calvin Matthews_____
         Eric M. Walter *(pro hac vice)*
4        E. Calvin Matthews *(pro hac vice)*
         GUILFOIL PETZALL & SHOEMAKE, L.L.C.
5        100 South Fourth Street, Suite 500
         Saint Louis, Missouri 63102
6        (314) 241-6890
7        emw@gpslegal.com
         ecm@gpslegal.com
8

9        Katherine Hendricks
         HENDRICKS & LEWIS, PLLS
10       901 Fifth Avenue, Suite 4100
         Seattle, Washington 98164
11       (206) 624-1933
         kh@hllaw.com
12

13       ATTORNEYS FOR PLAINTIFF
14       NATIONAL FOOTBALL SCOUTING, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [Proposed] Order Granting Plaintiff's Motion to Seal Exhibits A and E          Guilfoil Petzall & Shoemake, L.L.C.
     to the Declaration of Jeffrey Foster and Reply of Defendants                  100 South Fourth Street, Suite 500
     Rob Rang and The Sports Exchange, Inc.          2                             Saint Louis, Missouri 63102
     Case No. 3:11-cv-05762                                                        (314) 241-6890