The Honorable Ronald B. Leighton

11-CV-05762-ORD

FILED LODGED RECEIVED
JAN 14 2013
CLERK U.S. DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATIONAL FOOTBALL SCOUTING, INC.,

Plaintiff,

v.

ROB RANG, et al.,

Defendants.

Case No. 3:11-cv-05762

**ORDER GRANTING PLAINTIFF'S MOTION TO SEAL EXHIBITS A AND E TO THE DECLARATION OF JEFFREY FOSTER AND REPLY OF DEFENDANTS ROB RANG AND THE SPORTS XCHANGE, INC.**

Before the Court is Plaintiff's Motion to Seal Exhibits A and E to the Declaration of Jeffrey Forster and the Reply of Defendants Rob Rang and The Sports XChange, Inc., in which Plaintiff ask the Court to seal certain documents containing confidential and allegedly trade secret-protected information pursuant to this Court's protective order. [Doc. 20-2]. The Court finds good cause to **GRANT** said motion. The Clerk is directed to **SEAL** the proposed documents as said documents are to be filed **UNDER SEAL**.

**IT IS SO ORDERED.**

DATED this 14th day of January, 2013.

HON. RONALD B. LEIGHTON UNITED STATES DISTRICT JUDGE

Order Granting Plaintiff's Motion to Seal Exhibits A and E to the Declaration of Jeffrey Foster and Reply of Defendants Rob Rang and The Sports Exchange, Inc. 1
Case No. 3:11-cv-05762

Guilfoil Petzall & Shoemake, L.L.C.
100 South Fourth Street, Suite 500
Saint Louis, Missouri 63102
(314) 241-6890

*Presented by:*

By: /s/ E. Calvin Matthews
Eric M. Walter (*pro hac vice)*
E. Calvin Matthews (*pro hac vice)*
GUILFOIL PETZALL & SHOEMAKE, L.L.C.
100 South Fourth Street, Suite 500
Saint Louis, Missouri 63102
(314) 241-6890
emw@gpslegal.com
ecm@gpslegal.com

Katherine Hendricks
HENDRICKS & LEWIS, PLLS
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
(206) 624-1933
kh@hllaw.com

ATTORNEYS FOR PLAINTIFF
NATIONAL FOOTBALL SCOUTING, INC.

[Proposed] Order Granting Plaintiff's Motion to Seal Exhibits A and E to the Declaration of Jeffrey Foster and Reply of Defendants Rob Rang and The Sports Exchange, Inc.
Case No. 3:11-cv-05762

2

Guilfoil Petzall & Shoemake, L.L.C.
100 South Fourth Street, Suite 500
Saint Louis, Missouri 63102
(314) 241-6890